IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FAIRLY W. EARLS,

        Plaintiff,

                              JUDGMENT IN A CIVIL CASE

                                      15-cv-493-wmc

v.

STATE OF WISCONSIN,
FOND du LAC COUNTY,
CITY OF FOND du LAC, SHERIFFS
DEPT. FOND du LAC COUNTY,
RICHARD J. NUSS, KIMBERLY
TENERELLI, CHARLES SCHNEIDER
and CHRIS HESS,

        Defendants.

---

        This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

        IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under *Heck v. Humphrey*, 512 U.S. 477 (1994).


        /s/                                                                         11/10/2016

      Peter Oppeneer, Clerk of Court                        Date