UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 NOV 17 AM 10:41
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

FAIRLY W. EARLS,
    PLAINTIFF,

V.

CASE NO. 15-CV-493-wmc

State of Wisconsin, Fond du lac County,
City of Fond du lac, Sheriff's Dept.
Fond du lac County, Richard J. Nuss,
Kimberly Tenerelli, Charles Schneider,
and Chris Hess,
    Defendants.

## NOTICE OF APPEAL

    NOTICE is hereby given that the Plaintiff Fairly W. Earls, in the above entitled Action hereby Appeals to the United States Court of Appeals for the Seventh Circuit from the order of the United States District Court for the Western District of Wisconsin, who entered an order on 11/10/2016 dismissing the Civil Law Suit under Heck v. Humphrey, 512 U.S. 477 (1994).

    The Notice of Appeal is presented pursuant to Federal Rules of Appellant Procedures and Rule 3 and 4, allowing fourteen days after the entry of the order by the District Court. Therefore the filing of the Notice of Appeal is timely filed pursuant to the Rule.

Dated 11-14-2016

Sincerely,

*Fairly W. Earls*
Fairly W. Earls, #369129
Columbia Correctional
P.O. Box 900
Portage, WI. 53901